## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLENTEOUS MCCOY,                    )
820 52nd Street, N.E.               )
Washington, D.C. 20019              )
                                    )
            Plaintiff,              )
                                    )
v.                                  )          Civil Action No. _____
                                    )
DIMONE LONG                         )
4611 Wheeler Road                   )
Oxon, Maryland 20721                )
                                    )
and                                 )
                                    )
SOUTHERN MARLYAND TITLE, LLC        )
4 Industrial Park Drive, Suite D    )
Waldorf, Maryland 20602             )
                                    )
      SERVE ON REGISTERED AGENT:    )
      ROBERT M. BURKE               )
      118 Huckleberry Drive         )
      La Plata, Maryland 20646      )
                                    )
and                                 )
                                    )
SKYLINE MORTGAGE GROUP              )
1113 Meadow Ridge Lane              )
Reston, Virginia 20191              )
                                    )
      SERVE ON REGISTERED AGENT:    )
      CORPORATION SERVICE COMPANY   )
      1090 Vermont Avenue, N.W.     )
      Washington, DC 20005          )
                                    )
and                                 )
                                    )
GMAC MORTGAGE                       )
3000 Renaissance Center             )
P.O. Box 300                        )
Detroit, MI 20814                   )
                                    )
      SERVE ON REGISTERED AGENT:    )
      CT CORPORATION SYSTEM         )
      1025 Vermont Avenue           )
      Washington, DC 20005          )
                                    )

Defendants.                )
_____)

## NOTICE OF REMOVAL

Defendant GMAC Mortgage, LLC ("GMAC"), by counsel, hereby removes the above matter to the United States District Court for the District of Columbia, in support of which, GMAC states as follows:

1.      This action was filed in the Superior Court for the District of Columbia on March 4, 2008. GMAC has not been served, but it received a copy of the Complaint on or about June 13, 2008. This Notice of Removal is filed on July 2, 2008, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

2.      The Court has jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question), in that Plaintiff alleges in Count VI of his Complaint a violation of the Real Estate Settlement Procedures Act 12 U.S.C. §2601 et seq. ("RESPA").

3.      The Court also has jurisdiction pursuant to 28 U.S.C. § 1332 (Diversity of Citizenship), in that there is complete diversity of citizenship. The amount in controversy exceeds $75,000, exclusive of interest and costs.

4.      Of the four defendants named in this action, Plaintiff has only perfected service upon Southern Maryland Title, LLC. Southern Maryland Title, LLC, by counsel, has consented to the removal of this action to federal court.

5.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Superior Court for the District of Columbia are attached hereto as **Exhibit A**.

6.      After filing this Notice of Removal, GMAC shall this day file with the Clerk of the Superior Court for the District of Columbia a copy of the Notice of Filing of Notice of Removal and give prompt written notice thereof by service to all other parties. See 28 U.S.C. § 1446(d).

WHEREFORE, GMAC Mortgage, LLC, in accord with the requirements set forth in 28 U.S.C. § 1446, removes this action to the United States District Court for the District of Columbia.

Respectfully submitted,

Dated: July 7, 2008

Amy S. Owen (Bar #411601)
aowen@cochranowen.com
Kimberly L. Cole (Bar #495147)
kcole@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (telephone)
(703) 847-4499 (facsimile)

*Counsel for GMAC Mortgage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was sent, this 7th day of July, 2008 via first class mail, postage prepaid, to the following:

Dawn R. Jackson
Baylor & Jackson, PLLC
1025 Connecticut Avenue, N.W.
Suite 1202
Washington, D.C. 20036
Phone:  (202) 332-7200
Fax:  (202) 828-1246
*Counsel for Plaintiff*

Dimone Long
4611 Wheeler Road
Oxon, Maryland 20745
*Defendant*

Sarah E. Moffett
LeClairRyan
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
Phone: (703) 647-5930
Fax: (703) 647-5980
*Counsel for Defendant*
*Southern Maryland Title, LLC*

Skyline Mortgage Group
c/o Corporation Service Company, Registered Agent
1090 Vermont Avenue, N.W.
Washington, DC 20005
*Defendant*

_____
Amy S. Owen



2008 CA 001887 R(RP)     MCCOY Jr, CLENTEOUS    Vs.  LONG, DIMONE et al        MR

Search Criteria
Docket Entry                                          ⤒     Begin Date                    Sort Descending
Images        All Dockets                                  End Date
Participant                                            ⤒
Display Option Exclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 6/16/2008 | | Motion to Withdraw as Counsel of Brynee Baylor, Esq and Dawn Jackson Filed. submitted 06/16/2008 17:16. ksc Attorney: ALLEN, JACOB L (485115) CLENTEOUS MCCOY Jr (PLAINTIFF); Receipt: 106938 Date: 06/17/2008 | 20.00 | |
| 6/16/2008 | | Returned: Scheduling Conference Hearing | | |
| | | Entered on: June 4, 2008 Mailed to: Gmac Mortgage Returned to Court on: June 16,2008 Reason: Unable to Forward | | |
| 6/12/2008 | | Returned: Scheduling Conference Hearing | | |
| | | Entered on: June 4, 2008 Mailed to: Skyline Mortgage Group Returned to Court on: June 12, 2008 Reason: Unable to forward | | |
| 6/12/2008 | | Order for:   Extending Time to Serve entered on: 6/4/08. Mailed to: Skyline Mortgage Group, 11123 Meadow Ridge Lane, Reston Va  20191 Returned to Court on:  6/12/08 (KR)  · Reason: RTS, No Such Street, Unable to Forward | | |
| 6/11/2008 | | Returned: Scheduling Conference Hearing | | |
| | | Entered on: June 4, 2008 Mailed to: Dimone Long Returned to Court on: June 11, 2008 Reason: Unable to forward | | |
| 6/10/2008 | | Order for:  grant Extension of Time to Serve  entered on: 6/4/08 Mailed to:  Dimone Lone 461 Wheeler Road, Oxon Hill, MD 20745 Returned to Court on:  6/10/08 (KR) Reason:  RTS, Not deliverable, Unable to forward | | |
| 6/4/2008 | | Proof of service on Order Granting Motion to Extend Time for Process Server, submitted. 06/04/2008 14:52. plt. signed by J/Maurice A. Ross, 06/04/08 | | |
| 6/4/2008 | | Order Granting Motion to Extend Time for Process Server, submitted. 06/04/2008 14:52. plt. signed by J/Maurice A. Ross, 06/04/08 | | |
| 6/4/2008 | | Event Scheduled Event: Scheduling Conference Hearing Date: 09/19/2008    Time: 9:00 am Judge: ROSS, MAURICE    Location: Courtroom 415 | | |
| 6/4/2008 | | Notice of Hearing Mailed Next Business Day | | |
| | | Notice Of Hearing Sent on:  06/04/2008  15:32:01 | | |
| 6/4/2008 | | Order Granting Motion to Extend Time to Serve Entered on the Docket 6/4/08. E-signed by Judge Ross and E-filed on | | |

|  |  |  |
|---|---|---|
| | 6/4/08.  Copies mailed from chambers to defendant on 6/6/08. (tb) | |
| 6/2/2008 | Order Vacating Dismissal and Reinstating Case:<br>        entered on: 05/22/08<br>Mailed to: GMAC Mortgage<br>Returned to Court on: 06/02/08<br>Reason: Insufficient Address | |
| 5/29/2008 | Order Vacating Dismissal<br>        entered on: 5-22-08<br>Mailed to: Skyline Mortgage Group<br>Returned to Court on: 5-29-08<br>Reason: Return To Sender | |
| 5/29/2008 | Motion to Extend Time for Process Server<br>Filed. submitted 05/29/2008 15:04. tw<br>Attorney: ANDERSON-JACKSON, DAWN R (485118)<br>CLENTEOUS MCCOY Jr (PLAINTIFF);  Receipt:<br>105407  Date: 05/30/2008 | 20.00 |
| 5/28/2008 | Praecipe of Dismissal Without Prejudice as<br>to Defendant Southern Maryland Title, LLC.<br>Filed. Submitted. 05/28/2008 15:24. ncv.<br>Attorney: MOFFETT, SARAH E. (976386)<br>SOUTHERN MARYLAND TITLE, LLC (Defendant); | |
| 5/28/2008 | Order<br>        entered on: 5-22-08<br>Mailed to: Dimone Long<br>Returned to Court on: 5-28-08<br>Reason: Return To Sender | |
| 5/27/2008 | Returned: Order of Dismissal<br>        Entered on: May 08, 2008<br>Mailed to:  Gmac Mortgage<br>Returned to Court on: May 23, 2008<br>Reason: Unable to Forward | |
| 5/22/2008 | Case Reopened | |
| 5/22/2008 | Dismissal Vacated Pursuant to SCR 60(a) | |
| 5/22/2008 | Returned:Order of Dismissal<br>        Entered on: May 08, 2008<br>Mailed to: Skyline Mortgage Group<br>Returned to Court on: May 22,2008<br>Reason: Unable to forward | |
| 5/20/2008 | Returned:  Notice Order of Dismissal<br>Entered on:  May 8, 2008<br>Mailed to: Dimone Long<br>Returned to Court on: May 20,2008<br>Reason: Unable to forward | |
| 5/8/2008 | Affidavit of Service of Summons & Complaint<br>by certified mail on<br>SOUTHERN MARYLAND TITLE, LLC (Defendant) on<br>5-05-08 | |
| 5/8/2008 | Event Resulted:<br>The following event: Initial Scheduling<br>Conference-60 scheduled for 06/13/2008 at<br>9:00 am has been resulted as follows:<br><br>Result: Event Not Held Case Dismissed<br>Judge: ROSS, MAURICE    Location: Courtroom<br>415 | |
| 5/8/2008 | Dismissed Without Prejudice Pursuant to SCR<br>4(m).  Notice Mailed | |
| 3/5/2008 | Issue Date:  03/05/2008<br>Service:  Summons Issued<br>Method:  Service Issued<br>Cost Per: $ | |

```
                    LONG, DIMONE
                    4611 Wheeler Road
                    BOWIE, MD  20721
                    Tracking No: 5000044007
```

```
              SOUTHERN MARYLAND TITLE, LLC
              4 Industrial Park Drive
              Suite D
              WALDORF, MD   20602
              Tracking No: 5000044008


              SKYLINE MORTGAGE GROUP
              1113 Meadow Ridge Lane
              RESTON, VA   20191
              Tracking No: 5000044009


              GMAC MORTGAGE
              300 Renaissance Center
              P.O. Box 300
              BETHESDA, MD   20814
              Tracking No: 5000044010


3/4/2008      Event Scheduled
              Event: Initial Scheduling Conference-60
              Date: 06/13/2008   Time: 9:00 am
              Judge: ROSS, MAURICE    Location: Courtroom
              415

              Result: Event Not Held Case Dismissed
3/4/2008      Complaint for Real Property Filed
              Attorney: ANDERSON-JACKSON, DAWN R (485118)      120.00
              CLENTEOUS MCCOY Jr (PLAINTIFF);  Receipt:
              97524  Date: 03/04/2008
```

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

CLENTEOUS MCCOY                                :
820 52nd Street., N.E.                         :              ж
Washington, D.C. 20019                         :
                                               :
        Plaintiff                              :
                                               :        Case No.: <u>2008 CA 001887 R(RP)</u>
                                               :
v.                                             :
                                               :
DIMONE LONG                                    :
4611 Wheeler RD                                :
Oxon, MD 20721                                 :
                                               :
and                                            :
                                               :
                                               :
                                               :
SOUTHERN MARYLAND TITLE, LLC                   :        
4 Industrial Park Drive, Suite D               :
Waldorf, MD 20602                              :
                                               :
        <u>SERVE ON:</u>                       :
        Robert M. Burke                        :
        41 Industrial Park Dr. Suite D         :
        Waldorf, MD 20602                      :
                                               :
                                               :
        and                                    :
                                               :
SKYLINE MORTGAGE GROUP                         :
1113 Meadow Ridge Lane                         :
Reston, VA 20191                               :
                                               :
                                               :
        <u>SERVE ON:</u>                       :
        Corporation Service Company            :
        1090 Vermont Avenue, N.W.              :
        Washington, DC 20005                   :
and                                            :        
                                               :
                                               :
GMAC MORTGAGE                                  :
300 Renaissance Center                         :

P.O. Box 300                                          :
Detroit, MI  20814                                    :
                                                      :
     <u>SERVE ON:</u>                                 :
     C T Corporation System                           :
     1025 Vermont Avenue                               :
     Washington, DC  20005                             :
                                                      :
                    Defendants.                       :

---

## <u>AFFIDAVIT OF SERVICE BY PROCESS SERVER</u>

I, Patricia Paz, having been duly authorized to make service of the Complaint in the above entitled case, hereby depose and say:

That my age and date of birth are as follows: 23, March 11, 1985.

That the residential or business address is:
1025 Connecticut Avenue, N.W. Suite 1202, Washington, D.C. 20036.

That at on the 30th day of April 2008, I sent via certified mail return receipt requested to Robert M. Burke, Registered Agent for Southern Maryland Title, LLC which is one of the above-named defendants.

Upon his receipt of service, on May 5, 2008, (see exhibit 1) I learned that the address at 41 Industrial Park Dr. Suite D Waldorf, Maryland 20602 is the correct mailing address and place of business for the registered agent of Southern Maryland Title, LLC.  Accepting service on their behalf was an agent by the name of E. Letosu.

I served the party the Complaint, Initial Order, and Summons on the aforementioned date.

_____
          Signature

Subscribed and sworn to before me this 7th ____ day of May, 2008.

_____
     Deputy Clerk/ Notary Public

Denise Saucedo
Notary Public, District of Columbia
My Commission Expires 9/14/2011

My Commission Expires: _____

# EXHIBIT 1

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____  ☐ Agent  ☐ Addressee <br> B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to: <br><br> Southern Maryland <br> Title, LLC <br> Serve: <br> Robert M. Burthe <br> 41 Industrial Park Dr. <br> Suite D <br> Waldorf, MD 20602 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br><br> 3. Service Type <br> ☒ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*   ☒ Yes |
| 2. Article Number <br> *(Transfer from service label)* | 7005 1820 0004 0055 0393 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Baylor & Jackson, PLLC
1025 Connecticut Ave. NW
Suite 1202
Washington, DC 20036

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2. Article Number
   (Transfer from service label)
   7005 1820 0004 0055 0393

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                    ☐ Agent
                                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| CLENTEOUS MCCOY | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.: 2008 CA 001887 R(RP) |
| | : | |
| DIMONE LONG, et al | : | |
| | : | |
| Defendants. | : | |

### MOTION TO EXTEND TIME FOR PROCESS SERVER

**COMES NOW**, Plaintiff Clenteous McCoy, by and through undersigned Counsel, hereby request an extension of sixty (60) days of the pending deadline for service of the Defendants in the above entitled actions pursuant to DC Rule 4 and for reasons stated as follows:

1. That the Plaintiff has attempted on numerous occasions to serve the Defendants Dimone Long, Skyline Mortgage Group, and GMAC Mortgage.

2. That the above captioned case is a foreclosure rescue scam matter.

3. That Plaintiff believes that Defendants are evading service because they have been placed on notice about the pending action; and

4. That Plaintiff has obtained the services of a private investigator to locate Defendants.

5. Defendants' avoidance of Service is prejudicing Plaintiff and causing substantial financial burden to Plaintiff.

6. An extension of time would not prejudice any party.

**WHEREFORE,** for the reasons set forth Plaintiff Clenteous McCoy, respectfully requests that this Court enter an Order to Extend Time of Process Server for sixty (60) days.

Respectfully submitted,

/s/ Dawn R. Jackson

Dawn R. Jackson, Esquire
DC Bar No. 485118
BAYLOR & JACKSON, PLLC
1025 Connecticut Avenue, NW, Suite 1202
Washington, DC  20036
Tel. (202) 332-7200
Fax (202) 833-5033
Email: djackson@baylorjackson.com

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CLENTEOUS MCCOY                          :
                                         :
           Plaintiff                     :
                                         :
                                         :     Civil Action No.: 2008 CA 001887 R(RP)
v.                                       :
                                         :
DIMONE LONG, et al                       :
                                         :
           Defendants.                   :

## ORDER

Plaintiff Clenteous McCoy's Motion to Extend Time for Process Server, having been read

and considered and this Court having determined that the request is appropriate; it is this

_____ day of _____, 2008, by the Superior Court for the District of Columbia,

ORDERED, that the Motion be, and the same hereby is, GRANTED; and,

It is further ORDERED,


                                    _____
                                    Judge Maurice Ross

Copies to:

Dawn R. Jackson, Esquire
Baylor & Jackson, PLLC
1025 Connecticut Avenue, NW
Suite 1202
Washington, DC 20036
*Attorney for Plaintiff*

Sarah E. Moffett, Esquire
LeClair Ryan, PC

225 Reinekers Lane
Suite 700
Alexandria, VA  22314
*Attorney for Southern Maryland Title, LLC*

DIMONE LONG
4611 Wheeler RD
Oxon, MD 20721
*Defendant*

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
Reston, VA 20191
*Defendant*

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
Detroit, MI  20814
*Defendant*

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on this 29th day of May, 2008 a copy of the foregoing Motion to Extend Time for Process was sent via CaseFileXpress and/or mailed via first-class mail, postage prepaid to:

Sarah E. Moffett, Esquire
LeClair Ryan, PC
225 Reinekers Lane
Suite 700
Alexandria, VA  22314
*Attorney for Southern Title, LLC*

DIMONE LONG
4611 Wheeler RD
Oxon, MD 20721
*Defendant*

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
Reston, VA 20191
*Defendant*

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
Detroit, MI  20814
*Defendant*

/s/ Dawn R. Jackson
Dawn R. Jackson

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| Clenteous McCoy, Jr. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) |
| *v.* | ) Case No. **CA 2008 001887 R(RP)** |
| | ) |
| | ) |
| Dimone Long, et al | ) |
| | ) |
| | ) |
| | ) |

---

## MOTION TO WITHDRAW APPEARANCE OF BRYNEE K. BAYLOR ESQ. AND DAWN R. JACKSON ESQ.

**COMES NOW**, Undersigned Counsel for Plaintiff Clenteous McCoy, Jr. hereby moves to withdraw appearance from the above- captioned case, pursuant to SCR CIVIL RULE 101 (C2). In support of hereof, the following is stated:

1.     Counsel for Plaintiff certifies that at least five (5) days prior to filing this motion, a letter to Plaintiff Clenteous McCoy, Jr. was sent, via first class mail indicating that Dawn R. Jackson intended to withdraw her appearance. (See June 5, 2008 letter).

2.     That in accordance with District of Columbia Rule 101 (2) Brynee K. Baylor, Esq. and Dawn R. Jackson Esq.'s letter advised Plaintiff to obtain new counsel and have such new counsel enter their appearances in the above-captioned matter.  Alternatively, Plaintiff was also informed that he should notify the clerk in writing of his intent to represent himself.

3.    That, Plaintiff failed to meet the agreed upon terms of the retainer agreement and has not contacted Counsel since April 10, 2008.   In addition, Plaintiff has not communicated with counsel's office in two (2) months.

4.    That, Counsel cannot continue to represent Plaintiff without communication regarding the instant case.

**WHEREFORE**, Undersigned Counsel for Plaintiff Clenteous McCoy Jr. respectfully requests that this honorable Court will grant the Motion to Withdraw Appearance and order that the appearance of Brynee K. Baylor, Esq. and Dawn R. Jackson, Esq. be withdrawn forthwith.

Respectfully submitted,

/s/Brynee K. Baylor
Brynee K. Baylor, Esq.
1025 Connecticut Avenue, NW
Suite 1202
Washington, DC 20036
Tel. (202) 332-7200
Fax (202) 833-5033
Email: bbaylor@baylorjackson.com

/s/ Dawn R. Jackson
Dawn R. Jackson
1025 Connecticut Avenue, NW
Suite 1202
Washington, DC 20036
Tel. (202) 332-7200
Fax (202) 833-5033
Email: djackson@baylorjackson.com

*Counsel for Plaintiff*

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

|  |  |  |
|---|---|---|
| Clenteous McCoy, Jr. | ) | |
| Plaintiff | ) | |
|  | ) | |
| *v.* | ) | Case No. **CA 2008 001887 R(RP)** |
|  | ) | |
| Dimone Long, et al | ) | |
|  | ) | |

---

## ORDER

Upon consideration of the Motion to Withdraw as Plaintiff's Attorney, it is, by the Superior Court of the District of Columbia,

ORDERED, that Defendant's Motion is hereby GRANTED.

IT IS SO ORDERED.


_____
Honorable Judge Maurice A. Ross


Copies sent to:

Sarah E. Moffett, Esquire

LeClair Ryan, PC
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
*Attorney for Southern Maryland Title, LLC*

DIMONE LONG
4611 Wheeler RD
Oxon, MD 20721
*Defendant*

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
Reston, VA 20191
*Defendant*

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
Detroit, MI 20814
*Defendant*

## STATEMENTS OF POINTS AND AUTHORITIES

1.  The record herein.

2.  Superior Court Rule 12-I

## RULE 12-I CERTIFICATE

Plaintiffs' counsel hereby certifies that on June 16, 2008, she sought the consent of the other parties herein to the relief requested in the foregoing Motion, Defendants' counsel for Southern Title, LLC, and Skyline Mortgage Group left a message on their voicemail and; Plaintiff's counsel was unable to contact all other parties.

/s/ Dawn R. Jackson

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on this 16th day of June, 2008 a copy of the foregoing Motion to Withdraw Appearance of Brynee K. Baylor, Esq. and Dawn R. Jackson, Esq. was sent via CaseFileXpress and/or mailed via first-class mail, postage prepaid to:

Sarah E. Moffett, Esquire
LeClair Ryan, PC
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
*Attorney for Southern Title, LLC*

DIMONE LONG
4611 Wheeler RD
Oxon, MD 20721
*Defendant*

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
Reston, VA 20191
*Defendant*

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
Detroit, MI 20814
*Defendant*

/s/ Dawn R. Jackson
Dawn R. Jackson

/s/Brynee K. Baylor
Brynee K. Baylor

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

**June 4, 2008**

CASE NAME:   CLENTEOUS MCCOY Jr Vs. DIMONE LONG et al

CASE NO.     2008 CA 001887 R(RP)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. All parties shall appear before Judge MAURICE ROSS

**HEARING DATE: Friday, September 19, 2008**
**TIME: 9:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
           **Courtroom 415**
           **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

**MAILED** JUN 0 5 2008



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

SARAH E. MOFFETT
LeClair Ryan
225 Reinekers Lane, Ste. 700
ALEXANDRIA, VA
22314

2008 CA 001887 R(RP)

CANOE-1.DOC
6/4/2008

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**June 4, 2008**

CASE NAME:    CLENTEOUS MCCOY Jr Vs. DIMONE LONG et al

CASE NO.    2008 CA 001887 R(RP)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. All parties shall appear before Judge MAURICE ROSS

**HEARING DATE: Friday, September 19, 2008**
**TIME: 9:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
          **Courtroom 415**
          **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

**MAILED** JUN 0 5 2008



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

DAWN R ANDERSON-JACKSON
1025 Connecticut Avenue, NW
Suite 1202
WASHINGTON, DC
20036

2008 CA 001887 R(RP)

CANOB-1.DOC
6/4/2008

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

### June 4, 2008

CASE NAME:    CLENTEOUS MCCOY Jr Vs. DIMONE LONG et al

CASE NO.    2008 CA 001887 R(RP)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. All parties shall appear before Judge MAURICE ROSS

**HEARING DATE: Friday, September 19, 2008**
**TIME: 9:00 am**
**LOCATION:   500 Indiana Avenue N.W.**
**            Courtroom 415**
**            WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

**MAILED** JUN 0 5 2008



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
BETHESDA, MD
20814

2008 CA 001887 R(RP)

CANOH-I.DOC
6/4/2008

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**June 4, 2008**

CASE NAME:    CLENTEOUS MCCOY Jr Vs. DIMONE LONG et al

CASE NO.    2008 CA 001887 R(RP)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. All parties shall appear before Judge MAURICE ROSS

**HEARING DATE: Friday, September 19, 2008**
**TIME: 9:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
           **Courtroom 415**
           **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

**MAILED** JUN 0 5 2008



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
RESTON, VA
20191

2008 CA 001887 R(RP)

CANON-LDOC
6/4/2008

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

**June 4, 2008**

CASE NAME:    CLENTEOUS MCCOY Jr Vs. DIMONE LONG et al

CASE NO.       2008 CA 001887 R(RP)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. All parties shall appear before Judge MAURICE ROSS

**HEARING DATE: Friday, September 19, 2008**
**TIME: 9:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
        **Courtroom 415**
        **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

### Civil Division

**MAILED**  JUN 0 5 2008



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

DIMONE LONG
4611 Wheeler Road
BOWIE, MD
20721

2008 CA 001887 R(RP)

CANOII-I.DOC
6-4-2008

## SUPERIOR COURT OF THE DISTRIST OF COLUMBIA

### CIVIL DIVISION

FILED
CASE MONITORING OFFICE

MAY 2 2 2008

CLENTEOUS MCCOY, JR
                    Plaintiff(s)

                                                    Civil Action 1887-08

VS

                    Defendant(s)
GMAC MORTGAGE
DIMONE LONG
SKYLINE MORTGAGE GROUP
SOUTHERN MARYLAND TITLE, LLC

### ORDER

    Pursuant to Superior Court Rule 60(a), the Dismissal entered on May 8, 2008 on was entered inadvertently. Therefore the DISMISSAL IS VACATED AND CASE REINSTATED.

**Deputy Clerk**

DOCKETED    MAY 2 2 2008

MAILED    MAY 2 2 2008

COMPLETED
5-22-08

Copies to:
Dawn Anderson-Jackson
GMAC Mortgage
Dimone Long
Skyline Mortgage Group
Southern Maryland Title, LLC

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CLENTEOUS MCCOY                          :
                                         :
              Plaintiff                  :
                                         :   Civil Action No.: 2008 CA 001887 R(RP)
v.                                       :
                                         :
DIMONE LONG, et al                       :
                                         :
              Defendants.                :

## ORDER

Plaintiff Clenteous McCoy's Motion to Extend Time for Process Server, having been

read and considered and this Court having determined that the request is appropriate; it is this

4<u>th</u> day of June 2008, hereby:

**ORDERED** that Defendants Dimone Long, Skyline Mortgage Group and GMAC

Mortgage are dismissed pursuant to DC Superior Court Rule 4(m); and it s further

**ORDERED** that the case against Defendants Dimone Long, Skyline Mortgage Group

and GMAC Mortgage is reinstated; and it is further

**ORDERED**, that the Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that Plaintiff is hereby granted sixty (60) days from the date of the entry of

this Order within which to serve Defendants Dimone Long, Skyline Mortgage Group and GMAC

Mortgage; and it is further

**ORDERED** that the Initial Scheduling Conference set for 13th day of June 2008 at 9:00

a.m. is vacated and re-set for September 19, 2008, at 9:00 a.m.

*Maurice A. Ross*
_____
**Maurice A. Ross**
**Associate Judge**

Copies to:

Dawn R. Jackson, Esquire
Baylor & Jackson, PLLC
1025 Connecticut Avenue, NW
Suite 1202
Washington, DC  20036
*Attorney for Plaintiff*

Sarah E. Moffett, Esquire
LeClair Ryan, PC
225 Reinekers Lane
Suite 700
Alexandria, VA  22314
*Attorney for Southern Maryland Title, LLC*

DIMONE LONG
4611 Wheeler Road
Oxon Hill, MD 20745
*Defendant*

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
Reston, VA 20191
*Defendant*

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
Detroit, MI  20814
*Defendant*

eFiling for Courts - Electronic Service of Copies

Proof of Service

Jurisdiction: Civil Actions
Cause Number: 2008 CA 001887 R(RP)
Trace Number: OD301J020021865
Court Assignment: D.C. Superior Court
Style/Case Name: Clenteous McCoy, Jr. v. Dimone Long, et al.
Date and Time of Service: 06/04/2008 02:52:07 PM
Serving Party Name: Maurice Ross
Documents:
08 CA 1887 Order Grant Mtn Extend Time Serve.pdf


| Parties of Record | Delivery Type |
| --- | --- |
| Maurice Ross | Electronic |
| Filer Services | |
| Dawn R. Jackson | Electronic |
| CaseFile Xpress | |
| Sarah E. Moffett | Electronic |
| CaseFile Xpress | |

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division
### 500 Indiana Avenue, NW
#### Washington, D.C. 20001

**May 8, 2008**

CASE NAME:    CLENTEOUS MCCOY Jr  vs  DIMONE LONG
CASE NO.    2008 CA 001887 R(RP)


Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.


versus


_____

_____

_____


## ORDER OF DISMISSAL




D. C. Superior Court
500 Indiana Avenue NW
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

DAWN R ANDERSON-JACKSON
1025 Connecticut Avenue, NW
Suite 1202
WASHINGTON, DC 20036

2008 CA 001887 R(RP)

CAOOD-4m.doc

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division
### 500 Indiana Avenue, NW
#### Washington, D.C. 20001

#### May 8, 2008

CASE NAME:    CLENTEOUS MCCOY Jr **vs** DIMONE LONG
CASE NO.    2008 CA 001887 R(RP)

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

_____

_____

_____

## ORDER OF DISMISSAL



D. C. Superior Court
500 Indiana Avenue NW
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

DIMONE LONG
4611 Wheeler Road
BOWIE, MD 20721

2008 CA 001887 R(RP)

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

CAOOD-4m.doc

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue, NW
Washington, D.C. 20001

**May 8, 2008**

CASE NAME:   CLENTEOUS MCCOY Jr  **vs**  DIMONE LONG
CASE NO.   2008 CA 001887 R(RP)

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

_____

_____

_____

_____

## ORDER OF DISMISSAL



D. C. Superior Court
500 Indiana Avenue NW
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

SOUTHERN MARYLAND TITLE, LLC
4 Industrial Park Drive
Suite D
WALDORF, MD 20602

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

2008 CA 001887 R(RP)

CAOOD-4m.doc

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division
### 500 Indiana Avenue, NW
#### Washington, D.C. 20001

**May 8, 2008**

CASE NAME:   CLENTEOUS MCCOY Jr  vs  DIMONE LONG

CASE NO.    2008 CA 001887 R(RP)


Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.


versus

_____

_____

_____


### ORDER OF DISMISSAL




D. C. Superior Court
500 Indiana Avenue NW
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
RESTON, VA 20191

2008 CA 001887 R(RP)

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

CAOOD-4m.doc

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
## 500 Indiana Avenue, NW
Washington, D.C. 20001

**May 8, 2008**

CASE NAME:   CLENTEOUS MCCOY Jr **vs** DIMONE LONG
CASE NO.    2008 CA 001887 R(RP)

Plaintiff having failed to file an affidavit evidencing service on the defendant within the time frame allowed by Rule 4 (m), the Clerk hereby enters a dismissal of the complaint without prejudice.

versus

## ORDER OF DISMISSAL

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS

SEE REVERSE SIDE FOR
OPENING INSTRUCTIONS



D. C. Superior Court
500 Indiana Avenue NW
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
BETHESDA, MD 20814

2008 CA 001887 R(RP)

CAOOD-4m.doc

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLENTEOUS MCCOY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2008 CA 001887 R(RP) |
| | ) | Judge Maurice Ross |
| v. | ) | Initial Conference |
| | ) | June 13, 2008 |
| DIMONE LONG, | ) | |
| SOUTHERN MARYLAND TITLE, | ) | |
| LLC, | ) | |
| SKYLINE MORTGAGE GROUP, and | ) | |
| GMAC MORTGAGE | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Clenteous McCoy and Defendant Southern Maryland Title, LLC, by and

through counsel, and pursuant to Superior Court Rule of Civil Procedure 41(a)(1) to

stipulate that the Complaint as filed herein, be DISMISSED WITHOUT PREJUDICE as

to Southern Maryland Title, LLC, each party to bear its own costs.

Dated:  May 28, 2008                    Respectfully submitted,

                                        SOUTHERN MARYLAND TITLE, LLC
                                        By counsel

                                        /s/ Sarah E. Moffett
                                        Sarah E. Moffett (DC Bar # 976386)
                                        LeCLAIR RYAN, A Professional Corporation
                                        225 Reinekers Lane, Suite 700
                                        Alexandria, Virginia 22314
                                        (703) 684-8007
                                        (703) 684-8075 (facsimile)

                                        CLENTEOUS MCCOY
                                        By Counsel

                                        /s/ Dawn R. Jackson
                                        Dawn R. Jackson (DC Bar # 485118)
                                        Baylor & Jackson, PLLC
                                        1025 Connecticut Avenue, N.W.
                                        Suite 1202
                                        Washington, D.C. 20036

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic service on this 28th day of May, 2008, upon:

> Dawn R. Jackson, Esquire
> Baylor & Jackson, PLLC
> 1025 Connecticut Avenue, N.W.
> Suite 1202
> Washington, D.C. 20036
> *Counsel for Plaintiff*

And via first class mail, postage prepaid, upon:

> Dimone Long
> 4611 Wheeler Road
> Oxon, MD 20721

> Skyline Mortgage Group
> Served on:    Corporation Service Company
>               1090 Vermont Avenue, N.W.
>               Washington, D.C. 20005

> GMAC Mortgage
> Served on:    CT Corporation System
>               1025 Vermont Avenue
>               Washington, D.C. 20005

> /s/ Sarah E. Moffett

CA Form 1

# Superior Court of the District of Columbia

## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

CLENTEOUS McCOY
920 52ND STREET, NE
WASHINGTON, DC 20019          *Plaintiff*

vs.                                                    Civil Action No. _____

DIMIONE LONG
4411 Wheeler Road                  *Defendant*
OXON, MD 20721

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

DAWN JACKSON, ESQ
Name of Plaintiff's Attorney

1025 CONNECTICUT AVE NW STE 1202    By _____
Address                                                            Deputy Clerk

WASHINGTON, DC 20036                              MAR - 4

(202) 332-7200                                    Date _____
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

CLENTEOUS MCCOY
820 52ND STREET, NE
WASHINGTON, DC 20019    *Plaintiff*

vs.    Civil Action No. _____ _____

SOUTHERN MARYLAND TITLE, LLC
4 INDUSTRIAL PARK DR, STE D
WALDORF, MD 20602    *Defendant*

SERIE: ROBERT M. BURKE
118 HUCKLEBERRY DR.
LA PLATA, MD    **SUMMONS**
20646

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

DAWN R JACKSON, ESQ
Name of Plaintiff's Attorney

1025 CONNECTICUT AVE, NW, STE 1202    By _____
Address                                            Deputy Clerk

WASHINGTON, DC 20036

(202) 332-7200    Date    MAR - 4 '3
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

CLENTEOUS MCCOY
820 52ND ST N.E
WASHINGTON DC 20019

*Plaintiff*

vs.

Civil Action No. _____

SKYLINE MORTGAGE GROUP
1113 MEADOW RIDGE LANE
RESTON VA 20191

*Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

DAWN JACKSON
Name of Plaintiff's Attorney

1025 CONN AVE N.W. 200 36    SU. T 1202
Address

By _____
Deputy Clerk

202 - 332 - 7200
Telephone

Date _____ MAR - 4 _____

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-450/May 03

CA Form 1

# Superior Court of the District of Columbia

## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

CLEN TEOUS M°COY

820 52ᴺᴰ ST N.E

WASHINGTON DC 20019

*Plaintiff*

Civil Action No. _____

vs.

GMAC MORTGAGE

300 Renaissance Center

PO BOX 300

DETROIT MI 20814

*Defendant*

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

DAWN JACKSON
Name of Plaintiff's Attorney

1025 CONN AVE N.W 202
Address

By _____
Deputy Clerk

202-332-7200
Telephone

Date _____ MAR -4 _____

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456(May 03)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Clenteous McCoy

## DEFENDANTS

Dimone Long, et al.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Dawn R. Jackson
Baylor & Jackson P.L.L.C.
1025 Connecticut Ave., N.W., Suite 1202
Washington, D.C. 20036
202-332-7200

**ATTORNEYS (IF KNOWN)**

Amy S. Owen (Counsel for GMAC Mortgage)
Cochran & Owen LLC
8000 Towers Crescent Dr., Suite 160
Vienna, VA 22182
703-847-4480

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

○ 2 U.S. Government Defendant

● 3 Federal Question (U.S. Government Not a Party)

○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**  OR  ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☒ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus / 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ● 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Real Estate Settlement Procedures Act 12 U.S.C. §2601 et seq. ("RESPA")

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 100,000.00   Check YES only if demanded in compl...   JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE July 7, 2008   SIGNATURE OF ATTORNEY OF RECORD *Amy S. Owe*

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.     RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_CleNTEOus H°Cy_
Plaintiff

v.

Civil Action No. **08  1170**

**JUL 0 7 2008**

_JiHoNE LoNG, ET AL_
Defendant

  The above entitled action, removed from the Superior Court for the District of Columbia,

has been filed and assigned to Judge **ROBERTS, J. RWR**. All counsel and/or pro se

litigants must include on any subsequent pleadings both the civil action number and the initials

of the judge assigned to this action.  (See preceding sentence for judge's initials).

  Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the

bar of this Court to appear, file papers or practice.  To assist the Clerk's Office in properly

recording all counsel of record, counsel for all parties must enter their appearance in accordance

with our Local Rule 83.6(a).  Timely compliance with this requirement will enable the Clerk's

Office to ensure prompt delivery of notices and orders.

  Finally, your attention is called to Local Rule 16.3, Duty to Confer.  This rule clearly

spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court

on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By_____
Deputy Clerk

cc: _DAWN R. JACKSON_

929A
Rev. 7/02