# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLENTEOUS MCCOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIMONE LONG, ET AL. )<br>)<br>Defendants. )<br>_____) | Civil Action No. _____ |

## FINANCIAL INTEREST DISCLOSURE

Pursuant to Local Rule 7.1 of the U.S. District Court for the District of Columbia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for the Defendant, GMAC Mortgage, LLC, hereby certifies that GMAC Mortgage, LLC, a Delaware limited liability company, is a wholly owned subsidiary of GMAC Residential Holding Company, LLC, a Delaware limited liability company. GMAC Residential Holding Company, LLC is a wholly owned subsidiary of Residential Capital, LLC, a Delaware limited liability company. Residential Capital, LLC is a wholly owned subsidiary of GMAC Mortgage Group, LLC, a Delaware limited liability company. GMAC Mortgage Group, LLC is a wholly owned subsidiary of GMAC, LLC, a Delaware limited liability company. FIM Holdings LLC, a Delaware limited liability company, owns 51% of GMAC, LLC and GMAC Finance Co. Holdings LLC, a Delaware limited liability company owns the remaining 49% of GMAC, LLC. GM Finance Co. Holdings LLC is owned by General Motors Corporation, a Delaware Corporation. General Motors Corporation is a publicly traded company listed in the NY Stock Exchange as GM.

.

                                          Respectfully submitted,

Dated: July 7, 2008

                                     /s/ Amy S. Owen
Amy S. Owen (Bar #411601)
aowen@cochranowen.com
Kimberly L. Cole (Bar #495147)
kcole@cochranowen.com
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182
(703) 847-4480 (telephone)
(703) 847-4499 (facsimile)

*Counsel for GMAC Mortgage, LLC*