IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Clenteous McCoy, Jr. | ) |
| Plaintiff | ) |
| v. | ) Case No. CA 2008 001887 R(RP) |
| Dimone Long, et al | ) |

## MOTION TO WITHDRAW APPEARANCE OF BRYNEE K. BAYLOR ESQ. AND DAWN R. JACKSON ESQ.

**COMES NOW**, Counsels for Plaintiff Clenteous McCoy, Jr. hereby moves to withdraw Counsels' appearance from the above-captioned case, pursuant to Federal Rule 83.6 (c). In support of hereof the following is stated:

1.      Counsel for Plaintiff certifies that at least five (5) days prior to filing this motion, a letter to Plaintiff Clenteous McCoy, Jr. was sent, via first class mail indicating that Dawn R. Jackson, Esq. and Brynee K. Baylor, Esq. intended to withdraw their appearance, pursuant to (See attached June 5, 2008 letter attached hereto as exhibit (A).

2.      That in accordance with Federal Rule 83.6 (c) Brynee K. Baylor, Esq. and Dawn R. Jackson Esq.'s letter advised Plaintiff to obtain new counsel and have such new counsel enter their appearances in the above-captioned matter. Alternatively, Plaintiff was also informed that he should notify the clerk in writing of his intent to represent himself.

3.      That, Plaintiff failed to meet the agreed upon terms of the retainer agreement. In addition Plaintiff has not communicated with counsel's office in four (4) months.

4.      That, Counsel cannot continue to represent Plaintiff without communication regarding the instant case.

**WHEREFORE**, Counsels for Plaintiff Clenteous McCoy Jr. respectfully requests that this honorable Court:

A. Grant the Motion to Withdraw Appearance and order that the appearance of Brynee K. Baylor, Esq. and Dawn R. Jackson, Esq. be withdrawn forthwith.

Respectfully submitted, July 30, 2008:

/s/ Brynee K. Baylor
Brynee K. Baylor, Esq.
DC BAR NO:475406
1025 Connecticut Avenue, NW
Suite 1202
Washington, DC 20036
Tel. (202) 332-7200
Fax (202) 833-5033
Email: bbaylor@baylorjackson.com


/s/ Dawn R. Jackson
Dawn R. Jackson, Esq.
DC Bar No. 485118
1025 Connecticut Avenue, NW
Suite 1202
Washington, DC 20036
Tel. (202) 332-7200
Fax (202) 833-5033
Email: djackson@baylorjackson.com

*Counsel for Plaintiff*

## IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| Clenteous McCoy, Jr.     Plaintiff <br><br> v. <br><br> Dimone Long, et al | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. CA 2008 001887 R(RP) |

## ORDER

Upon consideration of the Motion to Withdraw as Defendant's Attorney, it is, by the Superior Court of the District of Columbia,

    ORDERED, that Defendant's Motion is hereby GRANTED.

    IT IS SO ORDERED.


_____
Honorable Judge Roberts

Copies sent to:

Amy Sanborn Owen
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182

Sarah E. Moffett, Esquire
LeClair Ryan, PC
225 Reinekers Lane
Suite 700
Alexandria, VA  22314
*Attorney for Southern Maryland Title, LLC*

DIMONE LONG
4611 Wheeler RD
Oxon, MD 20721
*Defendant*

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
Reston, VA 20191
*Defendant*

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
Detroit, MI  20814
*Defendant*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on this 30th day of July, 2008 a copy of the foregoing Motion to Withdraw Appearance of Brynee K. Baylor, Esq. and Dawn R. Jackson, Esq. was sent via e-filing and/or mailed via first-class mail, postage prepaid to:

Amy Sanborn Owen
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182

Sarah E. Moffett, Esquire
LeClair Ryan, PC
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
*Attorney for Southern Title, LLC*

DIMONE LONG
4611 Wheeler RD
Oxon, MD 20721
*Defendant*

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
Reston, VA 20191
*Defendant*

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
Detroit, MI 20814
*Defendant*

/s/ Dawn R. Jackson
Dawn R. Jackson

/s/ Brynee K. Baylor
Brynee K. Baylor