IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Clenteous McCoy, Jr.<br>　　　Plaintiff, | :<br>:<br>:<br>: |
| v. | : Case No. **1:08-cv-01170-RWR**<br>: |
| Dimone Long, et al.<br>　　　Defendants. | :<br>: |

## MOTION TO WITHDRAW APPEARANCE OF BRYNEE K. BAYLOR ESQ. AND DAWN R. JACKSON ESQ.

**COMES NOW**, Counsels for Plaintiff Clenteous McCoy, Jr. to hereby move to withdraw Counsels' appearance from the above-captioned case, pursuant to Federal Rule 83.6 (c). In support of this motion the following is stated:

1.　Counsel for Plaintiff certifies that at least five (5) days prior to filing this motion, a letter to Plaintiff Clenteous McCoy, Jr. was sent, *via* certified mail and *via* first class mail indicating that Dawn R. Jackson, Esq. and Brynee K. Baylor, Esq. intended to withdraw their appearance. *See* Exhibit A.

2.　That, prior to the removal from the Superior Court of the District of Columbia, the Motion to Withdraw as Counsel was filed and pending a ruling.

3.　That, in accordance with Federal Rule 83.6 (c), Brynee K. Baylor, Esq. and Dawn R. Jackson Esq.'s letter advised Plaintiff to obtain new counsel and have such new counsel enter their appearances in the above-captioned matter. Alternatively, Plaintiff was also informed that he should notify the clerk in writing of his intent to represent himself.

4.　That, Plaintiff failed to meet the agreed upon terms of the retainer agreement. In addition, Plaintiff has not communicated with counsel's office in four (4) months.

5. That, Counsel cannot continue to represent Plaintiff without communication regarding the instant case.

**WHEREFORE**, Counsels for Plaintiff Clenteous McCoy Jr. respectfully requests that this honorable Court:

A. Grant the Motion to Withdraw Appearance and order that the appearance of Brynee K. Baylor, Esq. and Dawn R. Jackson, Esq. be withdrawn forthwith, and

B. Grant any additional relief this Court may deem proper.

Respectfully submitted, August 13, 2008:

/s/ Brynee K. Baylor
Brynee K. Baylor, Esq.
Bar No. 475406
1025 Connecticut Avenue, NW
Suite 1202
Washington, DC 20036
Tel. (202) 332-7200
Fax (202) 833-5033
Email: bbaylor@baylorjackson.com

/s/ Dawn R. Jackson
Dawn R. Jackson, Esq.
Bar No. 485118
1025 Connecticut Avenue, NW
Suite 1202
Washington, DC 20036
Tel. (202) 332-7200
Fax (202) 833-5033
Email: djackson@baylorjackson.com

*Counsel for Plaintiff*

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Clenteous McCoy, Jr.<br>    Plaintiff, | :<br>:<br>:<br>: |
| v. | : Case No. **1:08-cv-01170-RWR** |
| Dimone Long, et al.<br>    Defendants. | :<br>:<br>: |

**ORDER**

Upon consideration of the Motion to Withdraw as Plaintiff's Attorney, it is, by the US District Court for the District of Columbia,

ORDERED, that Plaintiff's Motion is hereby GRANTED.

IT IS SO ORDERED.

                                                                                                    _____
                                                                                                    Honorable Judge Roberts

Copies sent to:

Dawn R. Jackson, Esquire
Brynee K. Baylor, Esquire
Baylor & Jackson, P.L.L.C.
1025 Connecticut Avenue, NW
Suite 1202
Washington, DC 20036

Clenteous McCoy, Jr.
820 52nd Street, N.E.
Washington, D.C. 20019

Amy Sanborn Owen, Esquire
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182

Sarah E. Moffett, Esquire
LeClair Ryan, PC
225 Reinekers Lane
Suite 700
Alexandria, VA  22314
*Attorney for Southern Maryland Title, LLC*

DIMONE LONG
4611 Wheeler RD
Oxon Hill, MD 20721
*Defendant*

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
Reston, VA 20191
*Defendant*

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
Detroit, MI  20814
*Defendant*

## **CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on this 13th day of August, 2008 a copy of the foregoing Motion to Withdraw Appearance of Brynee K. Baylor, Esq. and Dawn R. Jackson, Esq. was sent via e-filing and/or mailed via first-class mail, postage prepaid to:

Clenteous McCoy, Jr.
820 52nd Street, N.E.
Washington, D.C. 20019
*Plaintiff*

Amy Sanborn Owen
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182

Sarah E. Moffett, Esquire
LeClair Ryan, PC
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
*Attorney for Southern Title, LLC*

DIMONE LONG
4611 Wheeler RD
Oxon, MD 20721
*Defendant*

SKYLINE MORTGAGE GROUP
1113 Meadow Ridge Lane
Reston, VA 20191
*Defendant*

GMAC MORTGAGE
300 Renaissance Center
P.O. Box 300
Detroit, MI 20814
*Defendant*

/s/ Dawn R. Jackson
Dawn R. Jackson

/s/ Brynee K. Baylor
Brynee K. Baylor

# EXHIBIT A

Case 1:08-cv-01170-RWR    Document 7-2    Filed 08/13/2008    Page 1 of 3

# Baylor & Jackson, P.L.L.C.
*Attorneys and Counselors at Law*

1025 Connecticut Avenue, N.W.  
Suite 1202  
Washington, D.C. 20036

Telephone: (202) 332-7200  
Facsimile: (202) 833-5033  
http://www.baylorjackson.com

August 7, 2008

**VIA FIRST CLASS & CERTIFIED MAIL**  
Clenteous McCoy, Jr.  
820 52nd Street, N.E.  
Washington, D.C. 20019

RE: *McCoy v. Long, et al*  
Case No. 1:08-cv-01170-RWR

Dear Mr. McCoy,

On February 28, 2008 you requested our legal services to represent you in your litigation to save your home from a foreclosure rescue scam.

As of the date of this letter, you have failed to render payment as agreed upon to cover the costs of your legal fees and costs for this litigation. In addition, you have terminated communication with us during this critical time in your case and this has caused unnecessary hardships and burdens to us as your counsel. As a result, we have determined that it is not in our best interest to continue to represent you and within five (5) days after the date of this letter, we will file a *Motion to Withdraw Appearance* as your counsel in US District Court for the District of Columbia (Case No. 1:08-cv-01170-RWR).

If you intend to obtain other counsel, then you must have another attorney enter his or her appearance promptly and have that attorney notify the Clerk of the District Court in writing of his or her appearance. Alternatively, if you intend to represent yourself in case number 1:08-cv-01170-RWR, then you must notify the Court of your intention to do so.

Please contact me if you have any questions.

Respectfully,

Dawn R. Jackson, Esq.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br>Clenteous McCoy, Jr.<br>820 52nd St., NE<br>Washington, DC 20019 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0000 7105 6473 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Baylor & Jackson, P.L.L.C.
1025 Connecticut Avenue, NW
Suite 1202
Washington, DC 20036

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $0.42 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.32 |

Postmark Here — AUG -7 2008 — WASHINGTON SQUARE PO

Sent To: Clenteous McCoy, Jr.
Street, Apt. No.; or PO Box No. 820 52nd Street, NE
City, State, ZIP+4 Washington, DC 20019

PS Form 3800, August 2006    See Reverse for Instructions

7007 2560 0000 7105 6473